IRMA JONES, Respondent, *v.* TOWN OF POMPEY, Appellant.

(Argued October 16, 1933; decided November 21, 1933.)

*George R. Fearon* and *James K. Kennedy* for appellant.
*Clifford H. Searl* and *Charles O. Maxwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG and CROUCH, JJ.